**CORRIGAN WELBOURN & STOKKE**
A PROFESSIONAL LAW CORPORATION
4100 NEWPORT PLACE, SUITE 550
NEWPORT BEACH, CA 92660
TELEPHONE 949.251.0330
FACSIMILE 949.251.1181

December 30, 2020

*Via ECF*
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 04, 2021

*Re: USA v. Gutemberg Dos Santos, et al, S1 20 Cr. 398 (GBD); USA v. Scott Hughes, 20 Cr. 398 (GBD) - 3*

Dear Judge Daniels,

I represent Scott Hughes in this above-referenced case. Attorney Mitchell Ignatoff is my local counsel. My pro hac vice application is filed with the Court. I have appeared with Mr. Hughes on his case since August 18, 2020, the date of his initial appearance in the Central District of California.

Mr. Hughes is released on bond and, to my knowledge, he has not suffered any violations of his pretrial release bond conditions.

As part of his bond, Mr. Hughes posted a $250,000.00 appearance bond that has been deposited with the United States District Court.

On Mr. Hughes' behalf and with his consent, I am requesting that his bond conditions be modified as follows: that the $250,000.00 appearance bond be reduced to $150,000.00 and that the remaining $100,000.00 be released back to him for the purpose of funding his legal costs and expenses. The government and I have conferred, and the government has no objection or opposition to this proposed modification of Mr. Hughes' bond.

Sincerely,

Kate Corrigan

1