UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

**ORDER**

-against-

20 Cr. 398 (GBD)

SCOTT HUGHES,

Defendant.

------------------------------------------------------------------------ x

Upon the application of defendant, SCOTT HUGHES, through his counsel Michael Hueston, Esq., and upon all proceedings previously herein, it is apparent that defendant SCOTT HUGHES, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

ORDERED that pursuant to 18 U.S.C. 3006(A), that Gilbert Bayonne, Esq., is appointed in the above-captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant, SCOTT HUGHES. As such, Gilbert Bayonne, Esq., will be compensated in accordance with the Criminal Justice Act at the rate of $103.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:   New York, New York
         JUN 0 2 2022

*George B. Daniels*

THE HONORABLE GEORGE B. DANIELS
United States District Judge