**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIGUEZ,

    Defendants.

------------------------------------ x

ORDER

20 Crim. 398-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing for Mr. Scott Hughes is scheduled for March 1, 2023 at 9:45 a.m.

Dated:  February 21, 2023
         New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge