UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-   ORDER

SCOTT HUGHES,   20 Crim. 398-3 (GBD)

                Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The August 9, 2023 sentencing for Defendant Scott Hughes is adjourned to September 6, 2023 at 10:15 a.m.

    The Clerk of Court is directed to close the open letter motion at ECF No. 214.

Dated: June 26, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge