# MICHAEL HUESTON
## ATTORNEY AT LAW

16 COURT STREET  
35TH FLOOR  
BROOKLYN, NEW YORK 11241

Tel: (718) 246-2900  
Fax: (718) 246-2903  
Email: mhueston@nyc.rr.com

August 14, 2023

**SO ORDERED**

*/s/ George B. Daniels*

AUG 15

GEORGE B. DANIELS  
UNITED STATES DISTRICT JUDGE

**BY ECF**  
The Honorable George B. Daniels  
United States District Court  
Southern District of New York  
40 Foley Square, Room 1105  
New York, New York 10007

Re: *United States v. Dos Santos, et al.*, 20 Cr. 398 (GBD)

Your Honor:

I represent Mr. Scott Hughes in the above-referenced case. With the government's consent, I request an adjournment of Mr. Hughes's September 6, 2023, sentencing hearing to September 26, 2023 at 10:30 a.m., which is a date available to the Court.

I make this request because I need more time to confer with Mr. Hughes, and gather further mitigation information for a mitigation report.

Accordingly, because additional time is needed to defend Mr. Hughes adequately, I request that the Court adjourn his sentencing hearing.

Respectfully,

/s/ Michael Hueston

cc: Counsel of Record