# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

September 15, 2023

**SO ORDERED**

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

The sentencing is adjourned to
October 3, 2023 at 10:00 a.m.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

SEP 19 2023

Re:  *United States v. Dos Santos, et al.*, 20 Cr. 398 (GBD)

Your Honor:

I represent Mr. Scott Hughes in the above-referenced case. I am writing for a one-week adjournment of Mr. Hughes's September 26, 2023 sentencing to October 3, 2023. The government consents so long as the sentencing occurs no later than October 3, 2023.

I make this request because I need more time to confer with Mr. Hughes, and prepare his sentencing memorandum.

I also need more time because the United States Sentencing Commission has approved an amendment to the Guidelines, U.S.S.G. § 4C1.1, titled "Adjustment for Zero-Point Offenders" which will become effective on November 1, 2023. Mr. Hughes qualifies for it. So under this guideline, Mr. Hughes's offense level would be decreased by two levels from a level 31 to 29, with his guidelines range being lowered from 108 to 135 months to 78 to 97 months. The additional time will allow me to discuss this issue with the Government and the Department of Probation.

Accordingly, because additional time is needed to defend Mr. Hughes adequately, I request that the Court adjourn his sentencing hearing.

Respectfully,

/s/ Michael Hueston

cc:   Counsel of Record
      Probation Department