UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

SCOTT HUGHES,

Defendant.

------------------------------------x

ORDER

20 Crim. 398-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon Defendant's April 29, 2024 motion (ECF No. 287), on which the Government takes no position, and in accordance with Pretrial Services' normal practices, this Court hereby authorizes Pretrial Services to return Defendant's passport to his attorney or a family member.

The Clerk of Court is directed to close the motion at ECF No. 287.

Dated: New York, New York
       May 1, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge