UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

SCOTT HUGHES,

    Defendant.

------------------------------------------------------------x

ORDER

20 Crim. 398-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Attorney Michael Hueston's request to be re-appointed, under the Criminal Justice Act, 18 U.S.C. § 3006A(c), to represent Defendant regarding the Preliminary Order of Forfeiture as to Substitute Assets (ECF No. 297) is GRANTED.

    The Clerk of Court is directed to close the motions at ECF Nos. 298, 299, and 300.

Dated: New York, New York
       August 15, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge