**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

    -against-

SCOTT HUGHES,

    Defendant.

       ORDER

    20 Crim. 398-3 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GEORGE B. DANIELS, United States District Judge:

   Attorney Michael Hueston's request to be re-appointed, under the Criminal Justice Act, 18 U.S.C. § 3006A(c), to represent Defendant regarding the Government's Motion for Forfeiture of Property (ECF No. 307) is GRANTED.

Dated: New York, New York
   December 9, 2024

       SO ORDERED.

       *George B. Daniels*
       GEORGE B. DANIELS
       United States District Judge