UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA.

  -against-

SCOTT HUGHES,

         Defendant.

ORDER

20 Cr. 398 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    The Parties in this case are ordered to appear in front of this Court on March 18th, 2025 at 10:00 AM to discuss the Government's motions at ECF Nos. 307 and 317. If this date and time does not work for the Parties, the Parties are directed to confer and submit a letter motion requesting an alternative date and time.

Dated: FEB 2 6 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge