UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

-against-

SCOTT HUGHES,

Defendant.

------------------------------------x

ORDER

20 Crim. 398-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

Mr. Michael Hueston is hereby relieved as defense counsel. Defendant's request that new counsel be appointed is DENIED. The Clerk of the Court is directed to close the motion at ECF No. 321.

Dated: New York, New York
March 3, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge