UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
UNITED STATES OF AMERICA
                                                  :
           - v. -                                        FINAL ORDER OF FORFEITURE
                                                  :
SCOTT HUGHES,
                                                  :      S1 20 Cr. 398 (GBD)
           Defendant.
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about March 2, 2023, this Court entered a Consent Preliminary

Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of

Forfeiture") (D.E. 174), which ordered the forfeiture to the United States of all right, title and

interest of SCOTT HUGHES (the "Defendant") in, *inter alia*, the following property:

> a. Any and all funds in account number ending in -6471 held at J.P. Morgan Securities in the name of Scott D. Hughes, and any and all funds traceable thereto;

> b. Any and all funds in account number ending in -9876 held at J.P. Morgan Securities in the name of Scott D. Hughes, and any and all funds traceable thereto;

> c. Any and all funds in account number ending in -4168 held at American Express in the name of Scott D. Hughes, and any and all funds traceable thereto;

> d. Any and all funds in account number ending in -7048 held at Bank of America in the name of Scott D. Hughes, A Professional Law Corp, and any and all funds traceable thereto;

> e. Any and funds in account number ending in -1025 held at Bank of America in the name of Scott D. Hughes, and any and all funds traceable thereto (the "BOA Account");

> f. Any and all funds in account number 300007822174 held at Goldman Sachs in the name of Scott Hughes (the "Goldman Account"); and

g.      Any and all funds in an account number
5478f5ee278b5ed913000001 held at Coinbase in the name of
Scott Hughes, including cryptocurrency (the "Coinbase
Account").

(a. through g., collectively, the "Specific Property"; a. through d., the "Subject Accounts");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to

publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).

Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute

for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule

32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require

publication of a notice of forfeiture and of the Government's intent to dispose of the Specific

Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the Government to dispose

of the Specific Property was posted on an official government internet site (www.forfeiture.gov)

beginning on March 21, 2023 for thirty (30) consecutive days, through April 19, 2023, pursuant to

Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset

Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court February

27, 2025  (D.E. 326).

WHEREAS, on or about May 16, 2023, Notice of the Consent Preliminary Order of Forfeiture was sent by United States Postal Service certified mail to:

    a.  Yemi Rodqiruez, Irvine, CA 92618;

    b.  Yemi Rodqiruez as Trustee of the Roley Family Trust Irvine, CA 92618;

    c.  Jorge Alejandro Rodriquez, Downey, CA 90240;

    d.  Magartia Cabrera, Oviedo, FL 32765;

    e.  Michael Hueston, Brooklyn, NY 11241;

    f.  Peter Enrique Quijano, New York, NY 10011;

    g.  Maria Sritagool, Plano, TX 75025;

    h.  Orlando Velasco Ponce, Ovideo, FL 32765;

    i.  Gilbert Bayonne, New York, NY 10031; and

    j.  Daniel H. Forman, Miami, FL 33131;

(a. through j., collectively, the "Noticed Parties-1").

WHEREAS, on or about September 10, 2024, Notice of the Consent Preliminary Order of Forfeiture was re-sent by United States Postal Service certified mail to:

    a.  Noticed Parties-1;

    b.  Peter Katz, Princeton, NJ 08540;

    c.  Sean M. Maher, Bronx, NY 10279; and

    d.  Zachary S. Taylor, Princeton, NJ 08540

(a. through d., collectively, the "Noticed Parties-2")

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant, Noticed Parties-1 and Noticed Parties-2 are the only individuals and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS on or about December 20, 2023, the Government seized $73,851.15 in United States currency, formerly on deposit in the BOA Account (the "BOA Funds");

WHEREAS on or about May 9, 2023, the Government seized $264,963.03 in United States currency formerly on deposit in the Goldman Account (the "Goldman Funds");

WHEREAS on or about April 17, 2023, the Government seized the following cryptocurrency from the Coinbase Account:

a.  Bitcoin 116.85209959;
b.  Ethereum 316.61533919;
c.  Bitcoin Cash 34.40130764;
d.  XRP 10,909.040909;
e.  ALGO 400.611797;
f.  ATOM 179.257713;
g.  BAT 2,272.46056635;
h.  Bitcoin SV 33.29291418;
i.  COMP 2.91509687;
j.  DAI 1,482.74067746;
k.  DASH 12.6025515;
l.  EOS 1,303.3241;
m.  LINK 100;
n.  Litecoin 78.37065461;
o.  OMG 3.22856047;
p.  OXT 1,998.13189038;
q.  REP 41.00207391;
r.  USDC 25,182.343559;
s.  XLM 2,675.9612641;
t.  XTZ 7,435.652046;
u.  ZEC 24.00564347; and
v.  ZRX 1,153.49077434

(a. through v., collectively with the Subject Property, the BOA Funds, and the Goldman Funds, the "Forfeitable Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3.      The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       ~~March                2025~~
              APR 0 3 2025

SO ORDERED:

_George B. Daniels_
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE