UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

SCOTT HUGHES,

    Defendant.

------------------------------------ x

ORDER

20 Cr. 398-03 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to open the above-captioned case for the disposition of various letter motions (ECF Nos. 308, 309, 310, 317, and 335) in this case.

Dated: MAY 1 4 2025
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge