UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

-against-

SCOTT HUGHES,

Defendant.

------------------------------------- x

ORDER

20 Cr. 398-03 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Defendant's Letter Motion at ECF No. 308 is GRANTED as moot. The Defendant's Letter Motion at ECF No. 309 was resolved by the parties' stipulation and order (ECF No. 351). The Defendant's Letter Motion to file materials under seal at ECF 310 is GRANTED. The Government's motion at EF No. 335 was resolved by the parties' stipulation and order (ECF No. 351).

Thus, the Clerk of the Court is directed to close the motions at ECF Nos. 308, 309, 310, and 335. The Clerk of the Court is also directed to close the above-captioned case.

Dated: MAY 1 5 2025
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge